107 A.3d 738

**Robert RAMIREZ, Petitioner**

v.

**Nancy GIROUX, Respondent.**

**No. 165 EM 2014.**

Supreme Court of Pennsylvania.

Dec. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Motion for an Instant Hearing are **DENIED.**